JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PARITY NETWORKS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ZYXEL COMMUNICATIONS, INC.,<br><br>  Defendant. | Case No. 8:20-cv-00697-JVS-KES<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

# ORDER

The Court having reviewed the Joint Stipulation of Dismissal with Prejudice, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Joint Stipulation of Dismissal with Prejudice is GRANTED. The entire action and all claims against all parties is hereby dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated: February 04, 2021

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE